LINCOLN SQUARE GARAGE, INC., Respondent, *v.* GEORGE F. HURT, Appellant.

Supreme Court, Appellate Term, First Department, December 20, 1929.

*David S. Polier* [*Matthew M. Levy* of counsel; *Bernard Sternlight* on the brief], for the appellant.

*Herman L. Mehr* [*Samuel Gutterman* of counsel], for the respondent.

PER CURIAM. Defendant was entitled to a jury trial.

Judgment and order reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, BIJUR, LYDON and FRANKENTHALER, JJ.